J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LAMAAR WOOLEY,<br><br>            Petitioner,<br><br>      v.<br><br>D. SAMUEL, WARDEN,<br><br>            Respondent. | Case No. CV 22-0495 CAS (RAO)<br><br><br>JUDGMENT |

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

DATED: February 11, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE